IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIMBERLY JACKSON,  No. 3:17-CV-1496-PK

        Plaintiff,  ORDER

v.

PATRA INVESTMENTS, LLC,

        Defendant/Third-Party Plaintiff.

HERNÁNDEZ, District Judge:

    Magistrate Judge Papak issued a Findings and Recommendation [10] on November 20, 2017, in which he recommends that the Court grant Third-Party Defendant United States' Motion to Dismiss [4], dismiss Defendant Patra's third-party claims, and remand this action to the Multnomah County Circuit Court. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

**CONCLUSION**

The Court adopts Magistrate Judge Papak's Findings and Recommendation [10]. Accordingly, Third-Party Defendant United States' Motion to Dismiss [4] is GRANTED. Defendant Patra's claims against Third-Party Defendant United States are dismissed without prejudice, and this case is remanded to the Multnomah County Circuit Court.

IT IS SO ORDERED.

DATED this 31 day of January, 2018.

/s/ Marco Hernández
MARCO A. HERNÁNDEZ
United States District Judge